UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00871-MOC-DCK

| | | |
|---|---|---|
| LAURA BROADHEAD <br> STEPHEN P BROADHEAD, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| Vs. | ) <br> ) | ORDER |
| ALLIED VAN LINES, INC., | ) <br> ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its own Motion to Transfer Venue. Review of the Complaint reveals that plaintiffs, residents of Johnston County, North Carolina (Complaint at ¶¶ 1-2), intended to file this matter in the Eastern District of North Carolina, see Complaint at ¶ 34, but inadvertently filed it in the Western District of North Carolina rather than the Western Division of the Eastern District. See Complaint (header reference to "Western District" rather than Western Division). Rather than dismiss this action and require plaintiffs to refile it in the Eastern District (and again pay the filing fee), the Court has determined that a transfer to the Eastern District is both appropriate and equitable.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this action is **TRANSFERRED** to the Eastern District of North Carolina for further proceedings and disposition.

Signed: December 29, 2016



Max O. Cogburn Jr
United States District Judge